CAROLINA BUILDERS CORP. v.
HOWARD-VEASEY HOMES, INC.

No. 104P85.

Case below: 72 N.C. App. 224.

Petition by defendants (Dan C. Austin and V. Watson Pugh, d/b/a Tap Company) for discretionary review under G.S. 7A-31 denied 7 May 1985.

CASE v. CASE

No. 164P85.

Case below: 73 N.C. App. 76.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

CHAMPION INT. CORP. v. UNION NAT'L BANK

No. 205P85.

Case below: 73 N.C. App. 147.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985.

CLARK v. ASHEVILLE CONTRACTING CO., INC.

No. 73PA85.

Case below: 72 N.C. App. 143.

Petition by defendant (State of North Carolina Department of Transportation) for discretionary review under G.S. 7A-31 allowed 7 May 1985.

CLEMONS v. WILLIAMS

No. 181P85.

Case below: 71 N.C. App. 457.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1985.